CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
MAY 0 3 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| STOWE WOODWARD, L.L.C., | ) | CASE NO. 5:04CV00001 |
| | ) | 5:04CV00079 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SENSOR PRODUCTS, INC. | ) | |
| | ) | By:  B. WAUGH CRIGLER |
| Defendant, | ) | U.S. MAGISTRATE JUDGE |

The defendant having submitted to the undersigned, *in camera*, a letter dated May 2, 2005, together with a disclosure relating to the existence of any indemnification or "hold harmless" agreement(s) concerning the SPI Nip Width Detector or any parts or components thereof, and the undersigned being of the view that the information submitted to the court is relevant, may lead to the discovery of admissible evidence and does not constitute "liability insurance" as that term is used in Fed. R. Evid. 411 so that SPI should be required to fully and completely respond to plaintiff's interrogatory seeking disclosure of such information, notwithstanding SPI's reassertion in its May 2, 2005 letter of its objection under Fed. R. Evid. 411 to disclosing of such information, it hereby is

ORDERED

that SPI forthwith fully supplement its responses to plaintiff's interrogatories seeking such information.

The Clerk of the Court hereby is directed to transmit a copy of this order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

5-03-05
Date

-1-